JUNE 25, 1952

**No. 56778.**—M. & D. Miller, Inc. *v.* United States, protest 145924–K.— —C. D. 1410.

Motion of Government for rehearing denied.

BEFORE THE FIRST DIVISION, JULY 2, 1952

**No. 56779.**—Star Jewelry Co., Inc. *v.* United States, protest 180436–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of pear-shaped glass articles similar in all material respects to those the subject of *Brier Manufacturing Co.* v. *United States* (39 C. C. P. A. 68, C. A. D. 465), the claim of the plaintiff was sustained.

**No. 56780.**—Bleyco Paper Corp. et al. *v.* United States, protests 183199–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of cellophane sheets similar in all material respects to those the subject of *Coughlin Mfg. Co.* v. *United States* (27 Cust. Ct. 40, C. D. 1345) and *Gillette Safety Razor Co.* v. *United States* (27 Cust. Ct. 44, C. D. 1346), the claim of the plaintiffs was sustained.